UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:18-CV-1148-ORL-37GJK

| | |
|---|---|
| SEABRELLA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FLAMAGGIO, LLC; and <br> BERENIKA MACIEKEWICZ, <br><br> Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Seabrella, LLC, by and through its undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants, Flamaggio, LLC, and Berenika Maciekewicz.

Date: October 12, 2018

/s/Ronald D. Edwards, Jr.
**Ronald D. Edwards, Jr.**
Florida Bar No. 0053233
**Adam R. Lewis**
Florida Bar No. 117376
**Lowndes, Drosdick, Doster, Kantor & Reed, P.A.**
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802-2809
(407) 843-4600
(407) 843-4444 [Fax]
ronald.edwards@lowndes-law.com
lit.control@lowndes-law.com
tracy.kennison@lowndes-law.com
Co-Counsel for Plaintiff

1

and

**Matthew G. Mrkonic**
Michigan Bar No. P79406
California Bar No. 266779
**Honigman Miller Schwartz and Cohn, LLP**
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 28336-3506
(313) 465-7614
(313) 465-7615 [Fax]
MMrkonic@honigman.com
Co-Counsel for Plaintiff
*Pro Hac Vice*