UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SEABRELLA, LLC,

    Plaintiff,

v.        Case No: 6:18-cv-1148-Orl-37GJK

FLAMAGGIO, LLC; and BERENIKA MACIEJEWICZ,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 18) filed October 12, 2018. No answer has been filed. Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 15, 2018.

ROY B. DALTON JR.
United States District Judge

Copies:    Counsel of Record